**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

David Cleveland Hesser
Attorney at Law
2820 Jackson St.
Alexandria LA 71301

**REHEARING ACTION: December 22, 2010**

**Docket Number: 10   00327-CA**

**JAMIE CASS**
**VERSUS**
**KEVIN CHARLIE CASS**

**Appealed from Grant Parish Case No. 19395**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Oswald A. Decuir**
   **Hon. Marc T. Amy**
   **Hon. Elizabeth A. Pickett**
   **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the **application**

**for rehearing and stay filed by Jamie Cass** has this day been

   **DENIED.**
   Saunders, J., would grant.

cc: James Ogden Middleton  II, Counsel for the Appellant